USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/7/2020__

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
RON MEYER,                                             :
                              Plaintiffs,              :
                                                       :
               -against-                               :     20-CV-3536 (VSB)
                                                       :
                                                       :          ORDER
                                                       :
SUSAN SEIDEL, et al.,                                  :
                                                       :
                              Defendants.              :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

As Counsel may be aware, this case was recently transferred to this district and assigned to me.

On or before May 15, 2020, the parties shall file on ECF a joint letter of no more than three (3) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A brief description of any anticipated pleadings or motions and a proposed schedule for the filing of such papers;

5. A statement describing the status of discovery in this case;

6. A statement describing the status of any settlement discussions;

7. Estimated length of trial and whether a jury demand has been made; and

8. Any other information that you believe may assist the Court.

Counsel for Plaintiff is responsible for ensuring that counsel for all parties are served with this Order.

    SO ORDERED.

Dated:   May 7, 2020
            New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge