**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RON MEYER,

                Plaintiff,

    -against-                          20 **CIVIL** 3536 (VSB)

                                      **JUDGMENT**

SUSAN SEIDEL et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2021, the motions to dismiss filed by Frankfurt, (Doc. 44), and the Seidel Defendants, (Doc. 47), are GRANTED, Plaintiff's request to amend is DENIED, and this action is DISMISSED WITH PREJUDICE. Weissman's motion to quash a subpoena, (Doc. 58), is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      August 16, 2021

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                       **BY:**
                                                     *K. Mango*

                                                      **Deputy Clerk**