UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                          :

RON MEYER,                          :

                          :

                 Plaintiff,   :

                          :          20-CV-3536 (VSB)

            - against -     :

                          :            **ORDER**

SUSAN SEIDEL, *et al.*,        :

                          :

               Defendants.  :

                          :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the Second Circuit's decision in *Meyer v. Seidel*, 89 F.4th 117 (2d Cir. 2023),

it is hereby:

      ORDERED that the parties shall submit a joint letter proposing next steps in this case.

To the extent the parties disagree on one or more issues, the parties should set forth their

respective positions as to each disputed issue in separately designated sections of the joint letter.

The letter shall be filed on the docket no later than February 9, 2024.

SO ORDERED.

Dated:  January 25, 2024
       New York, New York

                             Vernon S. Broderick
                             United States District Judge